UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KIMBERLY A REILLY et al,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 22-cv-1168-bhl

ASCENSION WISCONSIN et al,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants are granted summary judgment, Plaintiffs recover nothing, and the case is dismissed.

Dated at Milwaukee, Wisconsin on November 22, 2024.

                                                          GINA M. COLLETTI
                                                          Clerk of Court

                                                          s/ *Julie D.*
                                                          (By) Deputy Clerk